2470 CADILLAC RESOURCES, INC., et al., Appellants, v DHL EXPRESS (USA), INC., Respondent, et al., Defendant.

Submitted January 9, 2012; decided February 21, 2012

Reported below, 84 AD3d 697.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

VINCENT DAVID URBAN, Respondent, v CITY OF ALBANY, Appellant.

Submitted January 9, 2012; decided February 21, 2012

Reported below, 90 AD3d 1132.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of ZECHARIAH J., a Child Alleged to be Neglected. ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; VALRICK J., Appellant.

Submitted January 23, 2012; decided February 21, 2012

Reported below, 84 AD3d 1087.

Motion for reargument of motion for leave to appeal denied [see 18 NY3d 802 (2011)].